**FRANK BENNETT v. LAURA LUCILE RYALS BENNETT, insane and single, et al.**

26 So. (2nd) 505                              January Term, 1946
May 28, 1946                                        Division A

*Cooper & Cooper,* for plaintiff.

*Forrest O. Hobbs,* for defendant.

PER CURIAM:

The certified question propounded in the above cause is not answered because the question is not within the purview of Section 59.32 Florida Statutes 1941, Cumulative Supplement 1945. See Schwob Company of Florida v. Florida Industrial Commission 152 Fla. 202, 11 So. (2nd) 782.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.